Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ISAAC W. MCKIBBEN, Respondent, for Compensation under the

Workmen's Compensation Law, v. MICHAEL PAKOWSKI, Proprietor of Acme Bottling Works, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed and claim dismissed on the authority of *Matter of Rheinwald* v. *Builders' Brick & Supply Co.* (174 App. Div. 935; affd., 223 N. Y. 572). All concurred, except Cochrane, J., dissenting.